**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PHELPS JOHN MURPHEY HARMON** | § | **CASE NO. 10-30193** |
| | § | **(Chapter 11)** |
| Debtor | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Badger Law Office hereby makes an appearance as co-counsel for Lighthouse Capital Funding Inc. ("creditor") a creditor in this bankruptcy case.  Mr. Badger will serve as co-counsel with Ms. Charlotte M. Meyer for the creditor (see docket entry # 7) and Mr. Badger is hereby designated by creditor as lead counsel for creditor in this case.

Email: bkcy@badgerlawoffice.com
**BADGER LAW OFFICE**
3400 Avenue H, 2nd Floor
Rosenberg, Texas  77471
Telephone: 281-663-9900
Facsimile: 281-633-9916

Pursuant to Bankruptcy Rules 2002, 2004, 4004, 9007 and 9010, creditor requests that any and all notices be sent to Mr. Badger as set forth above.

/s/ Bruce M. Badger
Bruce M. Badger
SBN 01498700
John R. "Robbie" Osborne, Jr.
SBN 24027708
Badger Law Office
3400 Avenue H, Second Floor
Rosenberg, Texas 77471
(832) 595-8888; Metro (281) 633-9900
Fax (281) 633-9916
Attorney for Lighthouse Capital Funding Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the entities listed below by United States First-class mail or by electronic mail on this ___22nd___ day of February, 2010.

/s/ Bruce M. Badger
_____
Bruce M. Badger
John R. "Robbie" Osborne, Jr.

**Debtor**

Phelps John Murphy Harmon
1305 South Blvd.
Houston, Texas  77006

**Debtor's Attorney**
Pete W. Weston
(electronically)

**US Trustee**
Office of US Trustee
(electronically)

**Robertson & Anschutz**
Charlotte Meyer
(electronically)

**Linebarger, Goggan, Blair, & Sampson, LLP**
John P. Dillman
(electronically)